**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: May 4, 2023**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 1:23-BK-10467 |
| | : | |
| JILL M. KRUTKA, | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Buchanan |

| | | |
|---|---|---|
| | : | Adversary 1:23-ap-01011 |
| JILL M. KRUTKA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT | : | |
| OF EDUCATION, | : | |
| | : | |
| Defendant. | : | |

## AGREED ORDER STAYING PRETRIAL DEADLINES

On February 17, 2023, Plaintiff Jill M. Krutka filed a complaint seeking discharge of her federal student loan debt (Doc. #1). Plaintiff and the United States Department of Education, the Defendant, seek to suspend all pretrial deadlines for ninety days, during which time the Plaintiff will prepare an Attestation regarding the undue hardship allegedly imposed by Plaintiff's student loan debt, and thereafter the parties will confer as to Plaintiff's request. Plaintiff will complete the Attestation and submit it for review by the United States no later than Friday, May 19, 2023.

At the end of the ninety-day suspension of deadlines, the parties shall file either: 1) a status report of their efforts to confer, or 2) stipulations of fact for review by the Court, so that the Court may consider whether to issue an Order discharging all or part of the student loan debt based upon undue hardship.

IT IS SO ORDERED.

AGREED:

KENNETH L. PARKER
United States Attorney

*s/ Jade K. Smarda, Esq.*
JADE K. SMARDA (0085460)
Assistant United States Attorney
Attorney for the Defendant
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 463-4638
Fax: (937) 225-2564
E-mail: jade.smarda@usdoj.gov

 *s/ Paul J. Minnillo, Esq. (via email 4/27/23)*
PAUL J. MINNILLO
Managing Partner | Co-Founder
Minnillo Law Group Co., LPA
2712 Observatory Avenue
Cincinnati, Ohio 45208
Office: (513) 723-1600
Fax: (513) 297-5928
Email: pjm@mlg-lpa.com

###