UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:23-bk-10467 |
| JILL M. KRUTKA | : | CHAPTER 7 |
| DEBTOR | : | JUDGE BUCHANAN |
| | : | ADV. NO.:   1:23-ap-01011 |
| Jill M. Krutka<br>c/o Minnillo Law Group Co., LPA<br>2712 Observatory Avenue<br>Cincinnati, Ohio 45208 | : | |
| Plaintiff | : | |
| vs. | : | |
| United States Department of Education<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202 | : | |
| Defendant. | : | |
| | : | **STIPULATION OF DISMISSAL**<br>**WITHOUT PREJUDICE** |

Now comes the Plaintiff, Jill M. Krutka ("Plaintiff"), and the Defendant, the United States Department of Education ("Defendant), by and through their undersigned counsel, and hereby stipulate to the dismissal of the Complaint initiating this proceeding without prejudice pursuant to Federal Civil Rule 41(A)(1)(a)(ii) and FRBP 7041(A)(1)(a)(ii).

Respectfully submitted,

/s/ Paul J. Minnillo
Paul J. Minnillo, Esq. (OH-0065744)
MINNILLO LAW GROUP CO., LPA
2712 Observatory Avenue
Cincinnati, Ohio 45208
(513)723-1600 /(513)723-1620 (Fax)
pjm@mlg-lpa.com
Attorney for Plaintiff

KENNETH L. PARKER
United States Attorney

<u>s/ Jade K. Smarda, Esq. /s/ Paul J. Minnillo per email authority on 5/22/2023</u>
JADE K. SMARDA (0085460)
Assistant United States Attorney
Attorney for the Defendant
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 463-4638
Fax: (937) 225-2564
E-mail: jade.smarda@usdoj.gov