# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| Dani Beth Maglecic ) | Case No. 1:22-BK-10575 |
| ) | Chapter 13 |
| ) | Judge Beth A. Buchanan |
| Debtor. ) | |
| ) | |
| ) | |
| Dani Beth Maglecic ) | Adversary Proceeding |
| ) | Case No. 1:23-ap-01009 |
| Plaintiff, ) | |
| ) | **JOINT STATUS REPORT** |
| ) | |
| vs. ) | |
| ) | |
| Navient CFC, et al. ) | |
| ) | |
| Defendants. ) | |

  Now comes Plaintiff, Dani Beth Maglecic ("Plaintiff"), and Defendants, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-3 ("NCSLT"), and Navient Solutions, LLC ("NSL") (Collectively, "Defendants"), by and through their respective undersigned counsel of record, and hereby provide this Court with a status report pursuant to Order of January 10, 2024 (Doc. 15).

  The parties report that settlement discussions have occurred, but no settlement has been reached. During the process of trying to settle this matter, the Plaintiff learned that she has omitted the holder and/or servicer of another student loan debt which is owed to the United States and/or the Higher Education Loan Authority of the State of Missouri ("MOHELA") and wishes to amend her complaint to add these parties. A motion for leave to amend pursuant to Rule 7015 of the

Federal Rules of Bankruptcy Procedure is forthcoming.  Consequently, no dispositive motions are contemplated at this time and no pretrial hearing is requested until the Plaintiff's motion for leave to amend is ruled upon.

/s/ Geoffrey J. Peters by email auth 4/1/24
Geoffrey J. Peters, Esq. (OH-0063502)
Weltman, Weinberg & Reis Co., LPA
5000 Bradenton Avenue, Ste. 100
Dublin, OH 43017
Tel: (614) 883-0678
Fax: (614) 801-2601
gpeters@weltman.com
Attorneys for Defendants, National Collegiate Student Loan Trust 2004-2 and 2005-3

/s/ Paul J. Minnillo
Paul J. Minnillo, Esq. (OH-0065744)
Minnillo Law Group Co., LPA
2712 Observatory Ave.
Cincinnati, OH 45208
Tel: (513) 723-1600
Fax: (513) 723-1620
pjm@mlg-lpa.com
Attorney for Plaintiff,
Dani Beth Maglecic

/s/ Phyllis A. Ulrich by email auth 4/1/24
Carlisle, McNellie, Rini, Kramer & Ulrich Co., LPA
Phyllis A. Ulrich (#0055291)
Christopher P. Kennedy (#0074648)
Chagrin Professional Plaza
24755 Chagrin Boulevard, Suite 200
Cleveland, OH 44122-5681
Telephone: (216) 360-7200
Facsimile: (216) 360-7210
E-mail: bankruptcy@carlisle-law.com
Attorney for Defendant Navient Solutions, LLC