**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 20-10867 |
| | : | |
| MICHELLE BASHAM, | : | Chapter 13 |
| | : | |
| Debtor. | : | Judge Buchanan |

| | | |
|---|---|---|
| MICHELLE BASHAM, | : | Adversary 1:23-ap-01007 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EDUCATIONAL CREDIT | : | |
| MANAGEMENT CORP. | : | |
| | : | |
| and | : | |
| | : | |
| UNITED STATES DEPARTMENT | : | |
| OF EDUCATION | : | |
| | : | |
| | : | |

**STATUS REPORT**

The Plaintiff, through counsel, hereby reports to this Court that the Plaintiff and Defendant ECMC have come to a resolution on a full and final settlement of all matters pending before this Court, but have not yet finalized the terms. The parties expect to finalize the settlement terms in the coming weeks and contemplate uploading a stipulation for the Court's consideration soon thereafter.

Respectfully submitted,

/s/ Paul J. Minnillo
Paul J. Minnillo, Esq. (OH-0065744)
MINNILLO LAW GROUP CO., LPA
2712 Observatory Avenue
Cincinnati, Ohio 45208
(513)723-1600 /(513)723-1620 (Fax)
pjm@mlg-lpa.com
Attorney for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on 2/22/2024 service of the foregoing was made by electronic filing with the Clerk of the United States Bankruptcy Court, using the CM/ECF system and that on the same date, copies of the foregoing pleading were served by United States Postal Service, First Class, postage prepaid, to the following non CM/ECF participants:

Michelle Basham
1200 Sycamore Estate Dr., Apt. 401
Lawrenceburg, IN 47025

/s/ Paul J. Minnillo
Paul J. Minnillo, Esq. (OH-0065744)